**FILED**

SEP 0 3 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. |
| | ) |
| TONY LAMONT JOHNSON, | ) |
| | ) |
| Defendant. | ) |

**3:25 CR 417**

**JUDGE ZOUHARY**

**MAGISTRATE JUDGE CLAY**

Title 18, United States Code,
Sections 922(o) and 924(a)(2)

COUNT 1
(Illegal Possession of a Machine Gun, 18 U.S.C. §§ 922(o) and 924(a)(2))

The Grand Jury charges:

1.      On or about July 27, 2025, in the Northern District of Ohio, Western Division,
Defendant TONY LAMONT JOHNSON knowingly possessed a machine gun as defined in Title
18, United States Code, Section 921(a)(24) and Title 26, United States Code, Section 5845(b), to
wit: a Glock 20 10mm semiautomatic pistol, bearing serial number BTSB043, equipped with a
machine gun conversion device, bearing no serial number, in violation of Title 18, United States
Code, Sections 922(o) and 924(a)(2).

FORFEITURE

The Grand Jury further charges:

2.      For the purpose of alleging forfeiture pursuant to Title 18, United States Code,
Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is
incorporated herein by reference.  As a result of the foregoing offense, Defendant TONY
LAMONT JOHNSON shall forfeit to the United States any and all firearms and ammunition
involved in or used in the commission of the violation charged in Count 1; including, but not

ORIGINAL

limited to, a Glock 20 10mm semiautomatic pistol, bearing serial number BTSB043 with one

Glock switch bearing no serial number, and ammunition, seized on July 27, 2025.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government

Act of 2002.